```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700

 5  Attorneys for Plaintiff
    United States of America
 6
```

**FILED**

AUG 30 2010


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>2007 VOLKSWAGEN CONVERTIBLE<br>BEETLE, VIN:3VWRG31Y37M406108,<br>LICENSE NUMBER 5ZWJ419,<br><br>         Defendant. | 2:10-CV-02325-FCD-KJM<br><br>**ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*** |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on August 30, 2010, in the United States District Court for the Eastern District of California, alleging that the defendant 2007 Volkswagen Convertible Beetle, VIN:3VWRG31Y37M406108, License Number 5ZWJ419 ("defendant vehicle"), is subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special Agent Rebecca Caceres, there is probable cause to believe that the defendant vehicle so

1 | described constitutes property that is subject to forfeiture for
2 | such violation(s), and that grounds for the issuance of a Warrant
3 | for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i)
4 | of the Supplemental Rules for Admiralty or Maritime Claims and
5 | Asset Forfeiture Actions;
6 |      IT IS HEREBY ORDERED that the Clerk for the United States
7 | District Court, Eastern District of California, shall issue a
8 | Warrant for Arrest of Articles *In Rem* for the defendant vehicle.
9 | Dated: Aug. 30, 2010

GREGORY G. HOLLOWS
_____
GREGORY G. HOLLOWS
United States Magistrate Judge

2    Order Regarding Clerk's Issuance of Warrant
     for Arrest of Articles *In Rem*