```
BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CV-02325-FCD-KJM |
| Plaintiff, | **APPLICATION AND ORDER FOR PUBLICATION** |
| v. | |
| 2007 VOLKSWAGEN CONVERTIBLE BEETLE, VIN:3VWRG31Y37M406108, LICENSE NUMBER 5ZWJ419, | |
| Defendant. | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

1       3.   The 2007 Volkswagen Convertible Beetle,
2  VIN:3VWRG31Y37M406108, License Number 5ZWJ419 ("defendant
3  vehicle"), was seized in the city of Oroville in Butte County,
4  California.
5       4.   Plaintiff proposes that publication be made as follows:
6            a.   One publication;
7            b.   Thirty (30) consecutive days;
8            c.   On the official internet government forfeiture
9  site www.forfeiture.gov;
10           d.   The publication is to include the following:
11                (1)  The Court and case number of the action;
12                (2)  The date of the seizure/posting;
13                (3)  The identity and/or description of the
14 property seized/posted;
15                (4)  The name and address of the attorney for the
16 Plaintiff;
17                (5)  A statement that claims of persons entitled
18 to possession or claiming an interest pursuant to Supplemental
19 Rule G(5) must be filed with the Court and served on the attorney
20 for the Plaintiff no later than 60 days after the first day of
21 publication on the official internet government forfeiture site;
22 and
23                (6)  A statement that answers to the Complaint or
24 a motion under Rule 12 of the Federal Rules of Civil Procedure
25 ("Fed. R. Civ. P.") must be filed and served within 20 days after
26 \\\
27 \\\
28 \\\

1  the filing of the claims and, in the absence thereof, default may
2  be entered and condemnation ordered.
3  Dated: August 30, 2010              BENJAMIN B. WAGNER
                                       United States Attorney
4
5
                                        /s/ Kristin S. Door
6                                      KRISTIN S. DOOR
                                       Assistant U.S. Attorney
7
8
9
10
11                                     **ORDER**
12
13     **IT IS SO ORDERED.**
14
15 Dated:  August 31, 2010.
16
17
18                                     _____
                                       U.S. MAGISTRATE JUDGE
19
20
21
22
23
24
25
26
27
28