BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CV-02325-FCD-KJM |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS |
| v. | |
| 2007 VOLKSWAGEN CONVERTIBLE BEETLE, VIN:3VWRG31Y37M406108, LICENSE NUMBER 5ZWJ419, | |
| Defendant. | |

This matter came before the Honorable Judge Kimberly J. Mueller on plaintiff United States' *ex parte* motion for default judgment.  There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant vehicle to oppose plaintiff's motion. Based on plaintiff's motion and the files and records of the court, THE COURT FINDS as follows:

    1.  This action arose out of a Verified Complaint for Forfeiture *In Rem* filed August 30, 2010.

/////

/////

/////

1

2. Plaintiff United States of America has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimants Asmara Malika Barnes and Maurice Dewayne Wilkes.

3. Plaintiff has shown that a complaint for forfeiture was filed; that potential claimants Asmara Malika Barnes and Maurice Dewayne Wilkes received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

4. That Asmara Malika Barnes and Maurice Dewayne Wilkes be held in default;

5. That plaintiff's motion for default judgment and final judgment of forfeiture be granted;

6. That a judgment by default be entered against any right, title, or interest of potential claimants Asmara Malika Barnes and Maurice Dewayne Wilkes in the defendant vehicle;

7. That a final judgment be entered, forfeiting all right, title, and interest in the defendant vehicle to the United States of America, to be disposed of according to law.

8. That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the district judge assigned to this action and filed by the Clerk of the Court.

Dated:  November 22, 2010.

_____
U.S. MAGISTRATE JUDGE